Exhibit C

Case Caption: **John Doe v. DraftKings Inc.**
Judge Name: **Maurice E. Muir**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 03/11/2024 | Jacobs, S. (Pro Hac / Pro Se) |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED ) | Processed | 03/11/2024 | Jacobs, S. (Pro Hac / Pro Se) |
| 3 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Processed | 03/11/2024 | Jacobs, S. (Pro Hac / Pro Se) |
| 4 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 03/11/2024 | Jacobs, S. (Pro Hac / Pro Se) |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 03/28/2024 | Jacobs, S. (Pro Hac / Pro Se) |