Exhibit D

# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF QUEENS

| | |
|---|---|
| John Doe<br><br>                                  Plaintiff,<br><br>                - v. -<br><br>DraftKings Inc.,<br><br>                                 Defendant. | Index No: 706086/2024<br><br>**<u>NOTICE OF REMOVAL TO FEDERAL COURT</u>** |

PLEASE TAKE NOTICE, that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant DraftKings, Inc. ("DraftKings"), by and through its undersigned counsel, has today removed jurisdiction over the above-captioned cause from the Supreme Court of the State of New York, County of Queens, to the United States District Court for the Eastern District of New York. A true and correct copy of the Notice of Removal, as filed in that court, is annexed hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE, that all future proceedings in cause shall be directed to the federal court.

Dated: New York, New York
       April 24, 2024

                                                Yours, etc.,

                                                SKARZYNSKI, MARICK AND BLACK LLC

                                                By: */s/ DRAFT*
                                                       James Sandnes

                                                One Battery Park Plaza
                                                New York, New York 10001
                                                212.820.7700
                                                jsandnes@skarzynski.com

                                                *Counsel for Defendant DraftKings, Inc.*

TO:     Clerk of the Court
Supreme Court of the State of New York
County of Queens

Steven Jacobs (Via email and NYSCER)
28-40 Jackson Ave. #26E
Long Island City, NY 11101
stevenbjacobs@gmail.com

4858-2866-7065, v. 2