Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
T 415 391 4800
coblentzlaw.com

Rees F. Morgan
D (415) 772-5754
rmorgan@coblentzlaw.com

June 28, 2024

**VIA ECF FILING**

Steven Jacobs
Attorney for Plaintiff
28-40 Jackson Ave., No. 26E
Long Island City, NY 11101
stevenbjacobs@gmail.com

Re: *Doe v. DraftKings Inc.*; Case No. 1:24-cv-03077-NCM-VMS

Mr. Jacobs:

Pursuant to Judge Merle's Individual Rules of Practice III.B.2, and in accordance with the briefing scheduled ordered by the Court on June 17, 2024, Defendant DraftKings Inc. ("DraftKings"), hereby serves by electronic mail the following documents:

- Notice of Motion to Dismiss The Complaint For Failure To State A Claim

- Memorandum of Law in Support of Motion to Dismiss The Complaint For Failure To State A Claim

- Request for Judicial Notice

- Affidavit of Franklin S. Krbechek In Support of Request for Judicial Notice and exhibits attached thereto

DraftKings is concurrently filing this cover letter via ECF. Pursuant to Judge Merle's Individual Rules of Practice III.B.2.c, the aforementioned documents will be filed on ECF after the motion has been fully briefed.

Very truly yours,

Rees F. Morgan

RFM:cxb

CC: Hon. Natasha C. Merle, via ECF

Enclosures

017373.0018 4878-9391-4572.1