IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>     v.<br><br>DRAFTKINGS, INC.,<br><br>                Defendant. | Civil Action No. 1:24-cv-03077-NCM-VMS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DRAFTKINGS INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DraftKings Inc. states that it is a Nevada corporation and is not owned by a parent company. No publicly held corporation owns 10% or more of DraftKings Inc.

Dated: June 28, 2024

Respectfully submitted,

/s/ *Rees F. Morgan*
James T. Sandnes
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, 32nd Floor
New York, New York 10004
Telephone: 212.820.7700
Facsimile: 212.820.7740
Email: jsandnes@skarzynski.com

Richard R. Patch, (admitted *pro hac vice*)
Rees F. Morgan *(pro hac vice)*
Emlyn Mandel *(pro hac vice)*
Franklin S. Krbechek *(pro hac vice)*
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsmile: 415.989.1663
Email: ef-rrp@cpdb.com
ef-rfm@cpdb.com;
ef-erm@cpdb.com
ef-fsk@cpdb.com

Counsel for Defendant
DRAFTKINGS INC.