**Hon. Natasha C. Merle**
US District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
By EDNY *pro se* portal
June 28, 2024

FILED
Jun 28, 2024, 7:10 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

*Doe v. Draftkings*, Case No. 24-cv-03077

Dear Judge Merle,

I am the plaintiff in the above-captioned action. Pursuant to the Court's order dated June 17, 2024, I write to inform the Court that I no longer wish to proceed under pseudonym. As I am proceeding *pro se* in this action, I would respectfully request to receive all documents and orders by email to [stevenbjacobs@gmail.com](mailto:stevenbjacobs@gmail.com), or by any other method that is convenient for the Court.

Respectfully submitted,

**Steven Jacobs**