**Hon. Natasha C. Merle**
US District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
By EDNY *pro se* portal
July 3, 2024

RECEIVED IIN THE PRO SE OFFICE
JULY 03, 2024, 1:24PM
VIA BOX.COM

*Doe v. Draftkings*, Case No. 24-cv-03077

Dear Judge Merle,

On behalf of plaintiff (*pro se*) in the above-captioned action, I write to respectfully request that the Court to extend plaintiff's time to respond to defendant Draftkings, Inc.'s ("DraftKings") letter seeking to stay discovery—filed June 28— through Monday, July 8, 2024.  The parties conferred today in an effort to resolve DraftKings' request for a stay.  However, in light of the upcoming holiday, additional time may prove useful to the parties in coming to a resolution.  DraftKings consents to this request.

Respectfully submitted,

**Steven Jacobs**