# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

August 21, 2024

**VIA ECF**

Hon. Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Steven Jacobs v. DraftKings Inc., Case No: 1:24-cv-03077-NCM-VMS

Your Honor:

I represent the Plaintiff Steven Jacobs in the above-referenced matter. I write to respectfully request that the Court so-order and approve the Substitution of Attorney form filed in the above-referenced matter on August 13, 2024 [DE 27-1].

The plaintiff's former attorney, The Law Office of Bhavleen Sabharwal, P.C., consents to the substitution, and the plaintiff, Steven Jacobs, Esq. has agreed to take over the representation pro se.

Currently, August 28, 2024, is the opposition date for the defendant's motion to dismiss so it is respectfully requested that the Court approve the substitution before the opposition deadline to ensure a smooth transition in representation and allow Mr. Jacobs, as a pro se litigant, adequate time to prepare and file his opposition to the pending motion.

Thank you for your consideration of this matter.

By: _____/s/_____
Bhavleen Sabharwal, Esq.
261 Madison Avenue, Suite 1063
New York, NY 10016
Tel: (917) 597-5984