# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

August 28, 2024

VIA ECF

Rees F. Morgan
One Montgomery St. Suite 3000
San Francisco, CA 94104
rmorgan@coblentzlaw.com

Re: Steven Jacobs v. DraftKings Inc., Case No: 1:24-cv-03077-NCM-VMS

Dear Counsel:

Pursuant to Judge Merle's Individual Rules of Practice III.B.2, and in accordance with the briefing schedule ordered by the Court on July 18, 2024, Plaintiff Steven Jacobs hereby serves by electronic mail the following documents:

- Memorandum of Law in Opposition to Motion to Dismiss the Complaint; and
- Declaration of Steven Jacobs with Request for Judicial Notice and exhibits attached thereto.

I am concurrently filing this cover letter, pursuant to Judge Merle's individual rules. The aforementioned documents must be filed on ECF by Defendant after the motion has been fully briefed.

By serving these opposition papers, Plaintiff will not need to renew its request to the Court for an extension, which was denied by its order dated today. Be further advised that in response to the Court's order of August, 27, 2024, I will submit a compliant motion to withdraw as counsel as soon as possible, so that Mr. Jacobs may proceed *pro se*.

Sincerely,

_____/s/_____

Bhavleen Sabharwal, Esq.

Law Office of Bhavleen Sabharwal, P.C.