# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

September 11, 2024

**VIA ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      Re:    Jacobs v. Draftkings, Inc.
                Case No.: 1:24-cv-03077-NCM-VMS

Dear Judge Scanlon:

    I represent the plaintiff Steven Jacobs in the above captioned matter. I respectfully request to file a Motion to Withdraw as counsel under seal.

    The Motion to Withdraw as counsel includes communications regarding the attorney-client relationship and other communications pertaining to my office's reasons for withdrawal that are protected by the attorney-client privilege. Sealing this motion would serve to protect the confidentiality of these privileged communications while allowing the Court to review the grounds for withdrawal.

    For these reasons, I respectfully request that the Court grant leave to file the Motion to Withdraw as counsel under seal.

                                                                   Respectfully submitted,

                                                                   /s/ Bhavleen Sabharwal

                                                                   _____
                                                                   Bhavleen Sabharwal
                                                                   Law Office of Bhavleen Sabharwal, P.C