**Coblentz Patch Duffy & Bass LLP**

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
T 415 391 4800
coblentzlaw.com

Rees F. Morgan
D (415) 772-5754
rmorgan@coblentzlaw.com

June 11, 2025

<u>Via ECF</u>

The Hon. Vera M. Scanlon
United States District Court for the New York
Eastern District
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  <u>*Steven Jacobs v. DraftKings Inc.*</u>; Case No. 1:24-cv-03077-NCM-VMS

Dear Judge Scanlon:

Pursuant to the Court's June 4, 2025 Order and in advance of the June 17, 2025 status conference in this matter, the Parties jointly inform the Court that they continue to dispute whether Defendant DraftKings Inc. is required by applicable law to search for and produce documents in Mr. Robins' and Mr. Avello's possession, custody, or control.

Respectfully Submitted,

<u>*/s/ Steven B. Jacobs*</u>

Steven B. Jacobs
Plaintiff


<u>*/s/ Rees Morgan*</u>

Rees Morgan
Counsel for DraftKings Inc.