IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN JACOBS,<br><br>               Plaintiff,<br><br>     v.<br><br>DRAFTKINGS INC.,<br><br>               Defendant. | Civil Action No. 1:24-cv-03077-NCM-VMS |

**DEFENDANT'S RESPONSE TO DECEMBER 18, 2025 ORDER**
**REGARDING MOTION FOR A PROTECTIVE ORDER**
**AS TO DR. LINDA JACOBS**

     Defendant DraftKings Inc. ("DraftKings") submits this response to the Court's December 18, 2025 Order regarding Plaintiff's Motion for a Protective Order as to subpoenas issued to Dr. Linda Jacobs.

     DraftKings' counsel has met and conferred with Dr. Jacobs' counsel by email and by phone. DraftKings agreed with Dr. Jacobs' counsel to suspend compliance with the subpoenas while those discussions continued. During the telephonic conference, Dr. Jacobs' counsel indicated that Dr. Jacobs did not believe she possessed relevant information, but that she (through counsel) was willing to review materials which are to be provided by DraftKings that DraftKings contends show her knowledge of the events discussed in DraftKings' opposition letter brief (Dkt. No. 94).

     Dr. Jacobs' counsel did not indicate one way or the other whether she would be moving to quash the subpoenas or whether she would ultimately comply, either in full or in part.

Copies of the subpoenas *duces tecum* and for testimony issued to Dr. Jacobs are attached hereto as **Exhibit A** and **Exhibit B**, respectively. Proof of service of the subpoenas is attached hereto as **Exhibit C**.

Dated: December 18, 2025

                                                  /s/ *Christopher J. Wiener*
                                                  James T. Sandnes
                                                  SKARZYNSKI MARICK & BLACK LLP
                                                  One Battery Park Plaza, 32nd Floor
                                                  New York, New York 10004
                                                  Telephone:  212.820.7700
                                                  Facsimile:  212.820.7740
                                                  Email:  jsandnes@skarzynski.com

                                                  Richard R. Patch *(pro hac vice)*
                                                  Rees F. Morgan *(pro hac vice)*
                                                  Christopher J. Wiener *(pro hac vice)*
                                                  Sabrina A. Larson *(pro hac vice)*
                                                  COBLENTZ PATCH DUFFY & BASS LLP
                                                  One Montgomery Street, Suite 3000
                                                  San Francisco, California 94104-5500
                                                  Telephone:  415.391.4800
                                                  Facsmile:  415.989.1663
                                                  Email:     ef-rrp@cpdb.com
                                                                     ef-rfm@cpdb.com
                                                                     ef-cjw@cpdb.com
                                                                     ef-szl@cpdb.com

                                                 Counsel for Defendant
                                                 DRAFTKINGS INC..

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2025, I electronically filed the foregoing **DEFENDANTS' RESPONSE TO DECEMBER 18, 2025 ORDER REGARDING MOTION FOR A PROTECTIVE ORDER REGARDING DR. LINDA JACOBS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darren M. Richie, Esq.
Kaeleen Kosmo, Esq.
DRE, A.P.C.
222 N. Canon Dr., Suite 201
Beverly Hills, CA 90210-5305
Telephone: 213-265-7888
Email: darren@drelaw.com
       kaeleen@drelaw.com

Geoffrey A. Neri, Esq.
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: 310-593-9890
Email: geoff@bnsklaw.com

*Attorneys for Plaintiff Steven Jacobs*

/s/ Christopher J. Wiener
Christopher J. Wiener
Attorneys for Draftkings Inc.

3