IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN JACOBS,<br><br>                Plaintiff,<br><br>      v.<br><br>DRAFTKINGS INC.,<br><br>                Defendant. | Civil Action No. 1:24-cv-03077-NCM-VMS |

**STIPULATION TO EXTEND FACT DISCOVERY
AND [PROPOSED] ORDER**

This Stipulation is made and entered into by and between Plaintiff Steven Jacobs ("Plaintiff") and Defendant DraftKings Inc. ("DraftKings"), collectively ("the Parties"), in order to extend the fact discovery cut-off, which is currently set on January 23, 2026. The Parties through their respective counsel of record, agree and stipulate, as follows, subject to the Court's approval:

WHEREAS, on June 18, 2025, the Court entered the Scheduling Order, setting the close of fact discovery on November 19, 2025;

WHEREAS, on October 30, 2025, DraftKings filed a Letter Motion to Extend Case Schedule, seeking a four-month extension of the case schedule (ECF No. 73) ("Motion to Extend Schedule"), which Plaintiff opposes and which remains pending review by the Court;

WHEREAS, on November 13, 2025, the Court granted the Parties' stipulation to extend the close of fact discovery to December 19, 2025;

1

WHEREAS, on December 10, 2025, the Court granted the Parties' stipulation to extend the close of fact discovery to January 23, 2026;

WHEREAS, the Parties have filed the following letter motions regarding discovery, the resolution of which could require additional document productions, written discovery, and depositions, and which remain pending:

- Plaintiff's Motion to Compel Depositions (ECF No. 69),
- Plaintiff's Motion to Compel Responses to Requests for Production (ECF No. 70),
- Plaintiff's Motion for Protective Order (ECF No. 79),
- DraftKings' Motion to Compel Regarding First Set of Discovery (ECF No. 80),
- DraftKings' Motion to Compel Regarding Second Set of Discovery (ECF No. 82), and
- DraftKings' Motion to Compel Regarding Third Set of Discovery (ECF No. 88).

WHEREAS, the operative pleadings are not yet set, though the Court has ruled that discovery must proceed on all pleadings, including the proposed Second Amended Complaint, as Plaintiff's Motion for Leave to File Second Amended and Supplemented Complaint remains pending (ECF No. 45);

WHEREAS, the Parties have met and conferred and hereby represent that resolution of these pending motions could have a substantial effect on the remaining discovery in this case such that a further extension of the fact discovery deadline is necessary; and

WHEREAS, the Parties agree and stipulate that the close of fact discovery shall be extended from January 23, 2026 until forty-five (45) calendar days following the last of the Court's Orders resolving the discovery motions filed as ECF Nos. 69, 70, 79, 80, 82, and 88, as discussed above.

NOW THEREFORE, the parties, through their counsel, hereby stipulate and agree as follows:

The fact discovery deadline shall be extended from January 23, 2026 until forty-five (45) calendar days following the last of the Court's Orders resolving the discovery motions filed as ECF Nos. 69, 70, 79, 80, 82, and 88.

DATED:  January 7, 2026

By: _____/s/ Darren M. Richie_____
Darren M. Richie, Esq.
Kaeleen Kosmo, Esq.
DRE, A.P.C.
900 Wilshire Boulevard, Suite 1225
Los Angeles, CA  90017
*Telephone:* 213-265-7888
*Email:*  darren@drelaw.com
          kaeleen@drelaw.com

Geoffrey A. Neri
BROWN, NERI, SMITH & KHAN LLP
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
*Telephone*: 310-593-9890
*Email:*  geoff@bnsklaw.com

*Attorney for Plaintiff Steven Jacobs*

DATED:  January 7, 2026

*/s/ Christopher J. Wiener*
James T. Sandnes
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, 32nd Floor
New York, New York 10004
Telephone:  212.820.7700
Facsimile:  212.820.7740
Email:  jsandnes@skarzynski.com

Richard R. Patch, (admitted *pro hac vice*)
Rees F. Morgan (admitted *pro hac vice*)
Christoper J. Wiener (admitted *pro hac vice*)
Abraham M. Andrade III (admitted *pro hac vice*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500

3

Telephone: 415.391.4800
Facsmile: 415.989.1663
Email: ef-rrp@cpdb.com
ef-rfm@cpdb.com
ef-cjw@cpdb.com
ef-ama@cpdb.com

Counsel for Defendant
DRAFTKINGS INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefor, it is the ORDER of this Court that:

The fact discovery deadline shall be extended from January 23, 2026 until forty-five (45) calendar days following the last of the Court's Orders resolving the discovery motions filed as ECF Nos. 69, 70, 79, 80, 82, and 88.

IT IS SO ORDERED.

DATED:  January ___, 2026

_____
HON. VERA M. SCANLON
CHIEF MAGISTRATE JUDGE